1  WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
   Thomas G. Redmon (SBN 47090)-*Counsel for Service*
2  Daniel L. Baxter (SBN 203862)
   400 Capitol Mall, 22nd Floor
3  Sacramento, CA 95814
   Phone: (916) 441-2430
4  Fax: (916) 442-6664

5  Attorneys for Plaintiff, IconFind Inc.

6

7

8

9                IN THE UNITED STATES DISTRICT COURT

                FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 ICONFIND INC.,                        Case No.

                        Plaintiff,       **COMPLAINT FOR PATENT**
12                                        **INFRINGEMENT**

13          v.                            **JURY TRIAL DEMANDED**

   YAHOO! INC.,
14
                        Defendant.
15

16

17

18

19

20

21

22

23

24

Plaintiff IconFind, Inc. ("IconFind") complains of Yahoo! Inc. as follows:

1.      This is a claim for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code. This Court has exclusive jurisdiction over the subject matter of this case under 28 U.S.C. § 1338(a).

2.      IconFind is a California corporation that has a principal place of business at 1660 Drew Circle #27, Davis, California 95616.

3.      IconFind owns and has standing to sue for infringement of United States Patent No. 7,181,459 B2 (the "'459 Patent"), entitled "Method Of Coding, Categorizing, And Retrieving Network Pages And Sites," which issued on February 20, 2007, including the exclusive right to license and enforce the '459 Patent and to collect all damages for infringement.

4.      Yahoo! Inc. ("Yahoo") is a Delaware corporation that has a principle place of business at 701 First Avenue, Sunnyvale, California 94089. Yahoo is a leading global Internet company that provides, owns and operates online properties and services, including the website Flickr.com. Flickr.com is an online photo management and sharing application through which users upload, post, and manage their digital photographs via the Internet.

5.      The Court has personal jurisdiction over the Defendant because, among other things, Yahoo transacts business in this judicial district and has committed acts of infringement in this judicial district, at least by operating its Flickr.com website which is accessible to residents throughout this judicial district.

6.      Yahoo has infringed and continues to infringe at least claims 1, 30 and 31 of the '459 Patent through Yahoo's use, ownership and operation of its Flickr.com website.

7.      Venue is proper in this district under 28 U.S.C. §§ 1391 and 1400(b).

8.      IconFind has complied with 35 U.S.C. § 287.

9.     Yahoo's acts of infringement have injured and continue to injure IconFind and it is entitled to recover damages adequate to compensate it for such infringement, but in no event less than a reasonable royalty.

WHEREFORE, Plaintiff IconFind respectfully requests this Court enter judgment against Defendant Yahoo and against its subsidiaries, successors, parents, affiliates, officers, directors, agents, servants, employees, and all persons in active concert or participation with them, granting the following relief:

a.     The entry of judgment in favor of Plaintiff and against the Defendant;

b.     An award of damages adequate to compensate Plaintiff for the infringement that has occurred, but in no event less than a reasonable royalty as permitted by 35 U.S.C. § 284, together with prejudgment interest from the date the infringement began;

c.     A finding that this case is exceptional and an award to Plaintiff of its attorneys' fees and costs as provided by 35 U.S.C. § 285;

d.     A permanent injunction prohibiting further infringement of the '459 Patent; and

e.     Such other relief that Plaintiff is entitled to under law and any other and further relief that this Court or a jury may deem just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues presented in this Complaint.

Respectfully submitted,

ICONFIND, INC.

By: _____
Thomas G. Redmon (SBN 47090)
Daniel L. Baxter (SBN 203862)
WILKE, FLEURY, HOFFELT, GOULD &
BIRNEY, LLP