# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ICONFIND INC., | |
| Plaintiff, | CIVIL ACTION NO. 2:09-CV-00109-(WBS)-(JFM) |
| v. | |
| YAHOO! INC., | **ORDER GRANTING DEFENDANT YAHOO! INC'S AGREED MOTION TO WITHDRAW MOTION FOR EXTENSION OF TIME FOR CLAIM CONSTRUCTION BRIEFING AND AGREED REQUEST FOR EXPEDITED CONSIDERATION** |
| Defendant. | |

Defendant Yahoo! Inc.'s Agreed Motion to Withdraw its Opposed Motion For Extension of Time For Claim Construction Briefing and Agreed Request For Expedited Briefing shall be, and is hereby, GRANTED.  Defendant's Opposed Motion For Extension of Time For Claim Construction Briefing and Request For Expedited Briefing (Docket # 30, filed September 10, 2009) and all related briefing and pleadings shall be deemed withdrawn.  This Order is without prejudice to Defendants' right to file an Agreed Motion requesting an extension of time for claim construction briefing.

DATED:  September 18, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE