# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ICONFIND INC.,<br><br>      Plaintiff,<br><br>   v.<br><br>YAHOO! INC.,<br><br>      Defendant. | CIVIL ACTION NO. 2:09-CV-00109-(WBS)-(JFM)<br><br>**STIPULATED EXTENSION OF TIME FOR CLAIM CONSTRUCTION BRIEFING** |

The parties hereby stipulate and agree to extend from October 1, 2009 to November 2, 2009, the deadline contained in the Court's Status (Pretrial Scheduling) Order entered April 20, 2009 for noticing a motion requesting claim construction pursuant to *Markman v. Westview Instruments, Inc.,* 517 U.S. 370 (1996). Any party believing that the Court must determine as a matter of law the meaning of any terms within the patent claims at issue shall notify the Court by motion noticed for hearing no later than **November 2, 2009**. The parties agree that there will be no further extension of the claim construction schedule unless good cause is shown.

By:  /s/ Kevin A. Smith          Dated: September 16, 2009
    On behalf of Yahoo! Inc.

QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP

CHARLES K. VERHOEVEN
LEAD COUNSEL
Cal. Bar No. 170151
charlesverhoeven@quinnemanuel.com

02917.51492/3106195.1

1  JENNIFER A. KASH
   Cal. Bar No. 203679
2  jenniferkash@quinnemanuel.com
   RICHARD H. DOSS
3  Cal. Bar No. 204078
4  richarddoss@quinnemanuel.com
   KEVIN A. SMITH
5  Cal. Bar No. 250814
   kevinsmith@quinnemanuel.com
6  PAUL A. KOZINA
   Cal. Bar No. 260339
7  paulkozina@quinnemanuel.com
8  50 California St., 22nd Floor
   San Francisco, CA 94111
9  Telephone: 415.875.6600
   Facsimile:  (415) 875.6700
10

11 Attorneys for Defendant Yahoo! Inc.

12

13 By: /s/ Anna B. Folgers          Dated:  September 16, 2009
       On behalf of IconFind Inc.
14
   NIRO, SCAVONE, HALLER & NIRO
15 Raymond P. Niro (Pro Hac Vice)
   rniro@nshn.com
16 Raymond P. Niro, Jr. (Pro Hac Vice)
17 rnirojr@nshn.com
   Tahiti Arsulowicz (Pro Hac Vice)
18 arsulowicz@nshn.com
   Brian E. Haan (Pro Hac Vice)
19 bhaan@nshn.com
   Anna B. Folgers (Pro Hac Vice)
20 afolgers@nshn.com

21
   WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
22 Thomas G. Redmon (SBN 47090)
   tredmon@wilkefleury.com
23 Daniel L. Baxter (SBN 203862)
   dbaxter@wilkefleury.com
24

25 Attorneys for Plaintiff, IconFind, Inc.

26

27

28
   02917.51492/3106195.1
                    STIPULATED EXTENSION OF TIME FOR CLAIM CONSTRUCTION BRIEFING
                                             2

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ICONFIND INC., <br><br> Plaintiff, <br><br> v. <br><br> YAHOO! INC., <br><br> Defendant. | CIVIL ACTION NO. 2:09-CV-00109-(WBS)-(JFM) <br><br> **ORDER ON STIPULATED EXTENSION OF TIME FOR CLAIM CONSTRUCTION BRIEFING** |

Good cause having been shown, it is hereby ORDERED that any party believing that the Court must determine as a matter of law the meaning of any terms within the patent claims at issue pursuant to *Markman v. Westview Intruments, Inc.*, 517 U.S. 370 (1996), shall notify the Court by motion noticed for hearing no later than **November 2, 2009**.  The parties agree that there will be no further extension of the claim construction schedule unless good cause is shown.

Dated:  September 18, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

02917.51492/3106195.1

STIPULATED EXTENSION OF TIME FOR CLAIM CONSTRUCTION BRIEFING

3