1  QUINN, EMANUEL, URQUHART, OLIVER & HEDGES, LLP
   Charles K. Verhoeven (SBN 170151)
2  Jennifer A. Kash (SBN 203679)– *Counsel for Service*
   Richard H. Doss (SBN 204078)
3  Kevin A. Smith (SBN 250814)
   50 California Street, 22nd Floor
4  San Francisco, CA 94111
   Phone: (415) 875-6600
5  Fax: (415) 875-6700

6  Attorneys for Defendant, Yahoo! Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ICONFIND INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>YAHOO! INC.,<br><br>          Defendant. | CIVIL ACTION NO. 2:09-CV-00109-(WBS)-(JFM)<br><br>**STIPULATED MOTION TO FILE DOCUMENTS UNDER SEAL** |

Pursuant to Local Rule 39-141(d) the parties hereby stipulate that Yahoo! Inc. may file under seal its Notice of Motion and Motion for Claim Construction along with supporting exhibits. These filings contain materials and information designated "Confidential Information" under the parties Stipulated Protective Order, entered by the Court on September 1, 2009 [D.I. 29]. In accordance with Paragraph 17 of the Stipulated Protective Order, materials designated confidential must be filed under seal pursuant to Local Rule 39-141. The documents requested for sealing documents will be served via email today on counsel for IconFind and the Judge's Chambers.

By:   /s/   Kevin A. Smith            Dated:  November 2, 2009
        On behalf of Yahoo! Inc.

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

CHARLES K. VERHOEVEN
LEAD COUNSEL

Cal. Bar No. 170151
charlesverhoeven@quinnemanuel.com
JENNIFER A. KASH
Cal. Bar No. 203679
jenniferkash@quinnemanuel.com
RICHARD H. DOSS
Cal. Bar No. 204078
richarddoss@quinnemanuel.com
KEVIN A. SMITH
Cal. Bar No. 250814
kevinsmith@quinnemanuel.com
50 California St., 22nd Floor
San Francisco, CA 94111
Telephone: 415.875.6600
Facsimile: (415) 875.6700

Attorneys for Defendant Yahoo! Inc.


By: /s/ Anna B. Folgers            Dated: November 2, 2009
    On behalf of IconFind Inc.

NIRO, SCAVONE, HALLER & NIRO
Raymond P. Niro (Pro Hac Vice)
rniro@nshn.com
Raymond P. Niro, Jr. (Pro Hac Vice)
rnirojr@nshn.com
Tahiti Arsulowicz (Pro Hac Vice)
arsulowicz@nshn.com
Brian E. Haan (Pro Hac Vice)
bhaan@nshn.com
Anna B. Folgers (Pro Hac Vice)
afolgers@nshn.com

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
Thomas G. Redmon (SBN 47090)
tredmon@wilkefleury.com
Daniel L. Baxter (SBN 203862)
dbaxter@wilkefleury.com

Attorneys for Plaintiff, IconFind, Inc.

STIPULATION MOTION TO FILE DOCUMENTS UNDER SEAL

## **CERTIFICATE OF SERVICE**

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action. My business address is 50 California Street, 22nd Floor, San Francisco CA 94111. I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of Defendant Yahoo! Inc.'s:

**STIPULATED MOTION TO FILE DOCUMENTS UNDER SEAL** on November 2, 2009. Any other counsel of record will be served by First Class U.S. mail on this same date.

By: /s/ Kevin A. Smith
Kevin A. Smith

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ICONFIND INC., <br><br> Plaintiff, <br><br> v. <br><br> YAHOO! INC., <br><br> Defendant. | CIVIL ACTION NO. 2:09-CV-00109-(WBS)-(JFM) <br><br> **ORDER GRANTING STIPULATED MOTION TO FILE DOCUMENTS UNDER SEAL** |

Upon careful examination of the moving documents and good cause appearing, the Court grants Defendant Yahoo! Inc's Stipulated Motion to File Documents Under Seal. Yahoo! Inc. may file under seal its Notice of Motion and Motion for Claim Construction and all supporting exhibits.

DATED:  November 5, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE