IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ICONFIND, INC.,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>YAHOO! INC.,<br><br>　　　　　　　　Defendant. | Case No. 2:09-CV-00109-WBS-JFM<br><br>**ORDER ON ICONFIND'S *EX PARTE* APPLICATION FOR LEAVE TO FILE A SUPPLEMENTAL RESPONSE TO THE COURT'S DECEMBER 7, 2009 QUESTION REGARDING "NETWORK PAGE"** |

　　　　The court having ruled on the motion for claim construction, plaintiff's motion for leave to file a supplemental response is moot and is therefore DENIED.

DATED:  December 16, 2009

　　　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER