# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ICONFIND INC., <br><br> Plaintiff, <br><br> v. <br><br> YAHOO! INC., <br><br> Defendant. | CIVIL ACTION NO. 2:09-CV-00109-(WBS)-(JFM) <br><br> **ORDER GRANTING STIPULATED MOTION TO FILE DOCUMENTS UNDER SEAL** |

Good cause appearing, the court grants defendant Yahoo! Inc's stipulated motion to file under seal the motion and supporting exhibits to its Notice of Motion to Amend the Scheduling Order and for Leave to File Amended Answer and Counterclaims. The Motion shall be set for March 29, 2010 at 2:00 p.m.

DATED: February 2, 2010

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

02917.51492/3294227.1