IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ICONFIND, INC., <br><br> Plaintiff, <br><br> v. <br><br> YAHOO! INC., <br><br> Defendant. | Case No. 2:09-CV-00109-WBS-JFM <br><br> **[PROPOSED] STIPULATED ORDER OF DISMISSAL** |

This Civil Action has come before the Court, upon the pleadings and proceedings of record, and it has been represented to the Court that Plaintiff IconFind, Inc. ("IconFind") and Defendant Yahoo! Inc. ("Yahoo") have entered into a Settlement and License Agreement and have agreed to a compromise and settlement of this Civil Action.

WHEREFORE, with the consent of the above-identified parties, through their undersigned attorneys, and with the approval of this Court, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The Court has jurisdiction over the parties and the subject matter of this action.

2. All claims that were or could have been alleged in the Complaint that relate to the patent in suit are hereby dismissed with prejudice. All counterclaims and defenses are dismissed without prejudice.

3.     The December 14, 2009 Memorandum and Claim Construction Order [Doc. 50] remains in full force and effect.

4.     Each party shall bear its own costs and attorneys' fees.

SO ORDERED:

Date: March 25, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATED AND AGREED TO ON MARCH 24, 2010:

| /s/ Raymond P. Niro Jr. | /s/ Kevin A. Smith |
|---|---|
| Thomas G. Redmon (SBN 47090)<br>Daniel L. Baxter (SBN 203862)<br>WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP<br>400 Capitol Mall, 22nd Floor<br>Sacramento, CA 95814<br>Phone: (916) 441-2430<br>Fax: (916) 442-6664<br>tredmon@wilkefleury.com<br>dbaxter@wilkefleury.com<br><br>Raymond P. Niro (Pro Hac Vice)<br>Raymond P. Niro, Jr. (Pro Hac Vice)<br>Tahiti Arsulowicz (Pro Hac Vice)<br>Brian E. Haan (Pro Hac Vice)<br>Anna B. Folgers (Pro Hac Vice)<br>NIRO, SCAVONE, HALLER & NIRO<br>181 West Madison, Suite 4600<br>Chicago, IL 60602-4515<br>Phone: (312) 236-0733<br>Fax: (312) 236-3137<br>rniro@nshn.com<br>rnirojr@nshn.com<br>arsulowicz@nshn.com<br>bhaan@nshn.com<br>afolgers@nshn.com<br><br>Attorneys for Plaintiff, IconFind Inc. | Charles K. Verhoeven (SBN 170151)<br>Jennifer A. Kash (SBN 203679)<br>Richard H. Doss (SBN 204078)<br>Kevin A. Smith (SBN 250814)<br>QUINN, EMANUEL, URQUHART, OLIVER & HEDGES, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Phone: (415) 875-6600<br>Fax: (415) 875-6700<br>charlesverhoeven@quinnemanuel.com<br>jenniferkash@quinnemanuel.com<br>richarddoss@quinnemanuel.com<br>kevinsmith@quinnemanuel.com<br><br>Attorneys for Defendant, Yahoo! Inc. |