1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10                             ----oo0oo----

11   ICONFIND INC.,
                                       CASE NO. CIV 2:09-109 WBS JFM
12           Plaintiff,

13      v.                             ORDER

14   YAHOO! INC.,

15           Defendant.
     _____/
16
     YAHOO! INC.,
17                                     CASE NO. CIV 2:11-319 GEB JFM

18           Plaintiff,

19      v.

20   GOOGLE INC.,

21           Defendant.
     _____/
22

23           The court has received the Notice of Related concerning

24   the above-captioned cases filed on April 13, 2011.  See Local

25   Rule 83-123.  The court has, however, determined that it is

26   inappropriate to relate or reassign the cases at this time, and

27   therefore declines to do so.  This Order is issued for

28   informational purposes only and shall have no effect on the

1  status of the cases, including any previous Related (or Non-

2  Related) Case Order of this court.

3          IT IS SO ORDERED.

4  DATED: April 21, 2011

5

6  _____
   WILLIAM B. SHUBB

7  UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28